**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA Y. MACIAS, ) | Case No. EDCV 09-320-VAP |
| ) | (RZx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| OWNIT MORTGAGE ) | |
| SOLUTIONS, INC.; OCWEN; ) | |
| AZTEC FORECLOSURE ) | |
| CORPORATION and DOES 1 ) | |
| to 100, Inclusive ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 18, 2009

   *Virginia A. Phillips*
   VIRGINIA A. PHILLIPS
   United States District Judge